# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARCIA GALE MARUTANI-HOLDREN,

      Plaintiff,

v.                                              Case No:   6:25-cv-597-LHP

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

      Defendant

---

## ORDER

Before the Court is the parties' Uniform Case Management Report. Doc. No. 7.[1] Upon review, however, a couple of the proposed dates are unclear, the parties propose a dispositive motions deadline that substantially precedes the deadline for discovery, the parties do not provide a length for trial, and the parties do not propose a mediator. *Id.* The parties also indicate that the required disclosure statements and related case notices have been filed, but the docket reflects otherwise. *See id.* at 3; Fed. R. Civ. P. 7.1; Local Rule 3.03.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. *See* Doc. Nos. 8–10.

Accordingly, it is **ORDERED** that within **fourteen (14) days** of this Order, the parties shall file a fully completed, amended Uniform Case Management Report, which must address these issues, and must comply in full with all applicable Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties