UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCIA GALE MARUTANI-HOLDREN,

    Plaintiff,

v.                                     Case No:  6:25-cv-597-LHP

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

    Defendant

---

**ORDER**

    This cause comes before the Court following review of the file. On May 21, 2025, the Court issued an Order to Show Cause to Defendant as to why default should not be entered against it for failing to answer or respond to the complaint. Doc. No. 22. Defendant subsequently filed an answer, Doc. No. 24, but never responded to the Order to Show Cause. On May 27, 2025, the Court also issued a separate Order to Show Cause to Defendant as to why sanctions should not be imposed, including default, for failure to comply with the Initial Case Order and the Court's Order directing compliance therewith. Doc. No. 23; *see also* Doc. Nos. 3, 14. Defendant has wholly failed to respond.

Based thereon, and in light of Defendant's failure to comply with Court Orders, Defendant's untimely answer (Doc. No. 24) is hereby **STRICKEN**, and the Clerk of Court is **DIRECTED** to enter default against Defendant for failure to comply. *See* Doc. Nos. 3, 14, 22, 23; *see also* Fed. R. Civ. P. 16(f)(1)(C), 37(b)(2)(A)(iii). Plaintiff shall file a motion for default judgment in accordance with Local Rule 1.10(c).

**DONE** and **ORDERED** in Orlando, Florida on June 11, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties