# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARCIA GALE MARUTANI-HOLDREN,

    Plaintiff,

v.                                      Case No:   6:25-cv-597-LHP

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant

## ORDER

Before the Court are Defendant's Response to Order to Show Cause and Motion for Reconsideration of June 11, 2025 Order (Doc. No. 30) and Defendant's Motion to Set Aside Default Judgment (Doc. No. 31). On review, both motions (Doc. Nos. 30–31) are **DENIED without prejudice** for failure to comply with the Local Rules, in particular Local Rules 1.08 and 3.01(g). The Court also notes that neither motion addresses the Order to Show Cause issued on May 27, 2025 (Doc. No. 23), with which Defendant also failed to comply.

**DONE** and **ORDERED** in Orlando, Florida on June 16, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties