**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARCIA GALE MARUTANI-
HOLDREN,

        Plaintiff,

v.                                                                                          Case No:   6:25-cv-597-LHP

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

        Defendant

---

**ORDER**

Before the Court is Defendant's Response to Order to Show Cause and Motion for Reconsideration of June 11, 2025 Order (Doc. No. 36), in which Defendant asks that the Court set aside the striking of Defendant's answer and imposition of Clerk's default for failure to comply with Court Orders.  *See* Doc. Nos. 26, 28.  According to the response/motion, "Plaintiff does not object to the filing of said Motion."  Doc. No. 36, at 8.  That statement, however, does not comply with the requirements of Local Rule 3.01(g) because it does not speak to whether Plaintiff agrees on *resolution* of the motion.  *See* Local Rule 3.01(g)(2)(B).  Accordingly, it is **ORDERED** that on or before **June 20, 2025**, Defendant shall file a

supplement to the motion stating Plaintiff's position on the requested relief. Failure to comply will result in the summary denial of the motion.

**DONE** and **ORDERED** in Orlando, Florida on June 18, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties