UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARCIA GALE MARUTANI-
HOLDREN and WILLIAM D
HOLDREN,

      Plaintiffs,

v.                                                  Case No:   6:25-cv-597-LHP

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

      Defendant

---

**ORDER**
(And Direction to Clerk of Court)

Before the Court is a Notice of Resolution and Voluntary Dismissal with Prejudice. Doc. No. 55. On review, to the extent that the filing seeks voluntary dismissal under Federal Rule of Civil Procedure 41, it is ineffective, as Defendant has answered the complaint. *See* Doc. No. 51; Fed. R. Civ. P. 41(a)(1).

Nonetheless, the filing also states that the parties have reached a full resolution. Doc. No. 55. Accordingly, pursuant to Local Rule 3.09(b), it is **ORDERED** that this case is **DISMISSED with prejudice**, subject to the right of any party to move within **sixty (60) days** from the date of this Order for a stipulated

form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

The consolidated matter of Case No. 6:25-cv-00867-LHP, is likewise **DISMISSED with prejudice**, subject to the right of any party to move within **sixty (60) days** from the date of this Order for a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.  *See* Case No. 6:25-cv-00867-LHP, Doc. No. 32.   The Clerk of Court is directed to docket a copy of this Order in Case No. 6:25-cv-00867-LHP.   The Clerk of Court is thereafter directed to close the file in both matters.

**DONE** and **ORDERED** in Orlando, Florida on September 16, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record